73,178-14

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

EX PARTE

Case No. 114-2075-07

ALBERT RANDOLPH

WRIT OF MANDAMUS

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes Now, Albert Randolph, Applicant pro se by and through himself in the above styled and numbered case respectfully moves this Honorable Court, respectfully, requesting the Court to order the District Clerk, Lois Rogers, Smith County, Texas to immediately transmit the Applicant's Writ of Habeas Corpus Application and Attachments to this Court as grounds show the Court the following:

I.

On July 20, 2015, Applicant mail his Writ of Habeas Corpus Application, Motion For Evidentiary Hearing, Motion For Appointment of Counsel, Order Designating Issue, to the District Clerk, Smith County, Texas by U.S. Mail.

II.

On July 27, 2015, Applicant was inform by the District Clerk, on July 22, 2015 his Application and Motions and

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 08 2015

Abel Acosta, Clerk

Order was filed with the Court and delivered to the District Attorney's office.

## III.

After more then 35 days has past statute of limitation pursuant to Article 11.07 §3. Texas Code of Criminal Procedure. On November 4, 2015, Applicant filed a Motion For Trial Court's Response by U.S. Mail. Applicant has not received any response from the trial court.

## IV.

District Clerk is under ministerial duty to immediately transmit the Applicant's Application and all attachment to this Court after more then 35 days has expired, limitate of the Statute, Article 11.07, Texas Code of Criminal Procedure.

## PRAYER

WHEREFORE, Applicant prays this Honorable Court order the District Clerk, Smith County, Texas to immediately transmit the Applicant's Writ of Habeas Corpus Application, Brief/Memorandum, Motion For Evidentiary Hearing, Motion For Appointment of Counsel, and Order Designating Issue to this Court for further action by the Texas Court of Criminal Appeals.

Respectfully submitted,

Albert Randolph
TDCJ-ID: 1502696
BETO UNIT
1391 FM 3328
Tennessee Colony, Tx. 75880

<u>CERTIFICATE OF SERVICE</u>

I, Albert Randolph, inmate #1502696 incarcerated at Beto Unit, 1391 FM 3328, Tennessee Colony, Texas 75880, hereby certify that a true and correct copy of the foregoing Writ of Mandamus was served on the District Clerk, Lois Rogers, Smith County, Texas 75702 on the 4th day of December, 2015 by U.S. Mail.

Albert Randolph